## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

**Mark Martin,**
Petitioner,
v.
**Sheriff Mark Whittaker, et al.,**
Respondents.

Case No.: _____

Judge: _____

3:25 cv 271

MICHAEL J. NEWMAN

# PETITION FOR WRIT OF HABEAS CORPUS

(28 U.S.C. §§ 2241 & 2254)

MAGISTRATE JUDGE DEAVERS

**Filed By:**
Mark Martin, Plaintiff Pro Se
34 South Hatfield Street Apartment B
Dayton, Ohio [45417]
(937) 727-7340
Mmartin1022@gmail.com

**Date:** August 8, 2025

**Respectfully submitted,**

Mark Martin, Petitioner Pro Se
Certified Mail No.: _____

ALEXIS CRAWFORD
Notary Public
State of Ohio
My Comm. Expires
September 15, 2029

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

**Mark Martin,**
Petitioner,
v.
**Sheriff Mark Whittaker, et al.,**
Respondents.

Case No.: _____
Judge: _____

# PETITION FOR WRIT OF HABEAS CORPUS

### (28 U.S.C. §§ 2241 & 2254)

## I. CUSTODY STATUS

Petitioner is on bond following arrest on July 29, 2025, and remains under legal restraint imposed by Darke County Common Pleas Court.

## II. BASIS FOR RELIEF

1. Arrest effected without signed warrant supported by oath or affirmation.
2. Suppression and striking of habeas corpus filings in state court.
3. Hostile and biased conduct by presiding judge, resulting in removal from hearing.
4. Threats against Petitioner's next friend for attempting lawful filings.
5. Excessive bail imposed without proper hearing.

## III. EXHAUSTION OF REMEDIES

Petitioner attempted to seek habeas relief in state court but was denied the opportunity to present the petition. The presiding judge removed Petitioner from the proceeding, ordered filings stricken, and threatened prosecution of Petitioner's next friend. Further state remedies are futile.

*Mark Martin*



ALEXIS CRAWFORD
Notary Public
State of Ohio
My Comm. Expires
September 15, 2029

## IV. RELIEF REQUESTED

Petitioner requests:

1. Immediate release from all bond conditions and termination of state prosecution.

2. Restoration of all rights denied.

3. Any other relief deemed just.

**Date:** August 8, 2025

**Respectfully submitted,**

Mark Martin, Petitioner Pro Se

Certified Mail No.: _____

ALEXIS CRAWFORD
Notary Public
State of Ohio
My Comm. Expires
September 15, 2029

# PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by

Certified Mail No. _____ upon the parties listed in the Mailing Instructions

on this ___ day of _____, 2025.

Mark Martin, Pro Se

ALEXIS CRAWFORD
Notary Public
State of Ohio
My Comm. Expires
September 15, 2029