UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK MARTIN,

    Petitioner,

vs.

SHERIFF MARK WHITTAKER,

    Respondent.

Case No. 3:25-cv-271

District Judge Michael J. Newman
Magistrate Judge Elizabeth P. Deavers

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 8); AND (2) DISMISSING THIS MATTER WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**
_____

    The Court has reviewed the Report and Recommendation of Magistrate Judge Elizabeth P. Deavers (Doc. No. 8), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the Report and Recommendation should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

    Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; and (2) **DISMISSES** this matter without prejudice for failure to prosecute. This case is **CLOSED**.

    **IT IS SO ORDERED.**

November 12, 2025                                 s/*Michael J. Newman*
                                                      Hon. Michael J. Newman
                                                      United States District Judge